EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00249 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. §§ |
| | ) | 922(g)(1) and 924(a)(2) |
| JOSEPH H. BARROZO, | ) | Count 2: 18 U.S.C. §§ |
| | ) | 922(g)(3) and 924(a)(2) |
| Defendant. | ) | |

### INDICTMENT

#### COUNT 1
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

On or about March 27, 2003, in the District of Hawaii, the defendant JOSEPH H. BARROZO, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce a firearm, to wit, a Beretta Model 92FS 9mm semiautomatic pistol, serial number BER142217Z, manufactured by Beretta in Maryland and 14 rounds of 9mm ammunition, manufactured by Winchester in Illinois.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury further charges that:

On or about March 27, 2003, in the District of Hawaii, the defendant JOSEPH H. BAROZZO, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm, to wit, a Beretta Model 92FS 9mm semiautomatic pistol manufactured by Beretta in Maryland, serial number BER142217Z, and 14 rounds of 9mm ammunition, manufactured by Winchester in Illinois.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: May 15, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. Joseph H. Barrozo
Cr. No.        (Indictment)